IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK LAVELL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:09-cv-02533-LSC-PWG |
| STATE OF ALABAMA, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on March 12, 2010, recommending that this action be dismissed for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff filed objections to the report and recommendation on March 24, 2010. However, his objections assert new allegations which are in large part wholly unrelated to the claims made in the amended complaint and which are meritless.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

The Clerk is DIRECTED to TERM document #16.

Done this 8th day of April 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671